FRANK J. BLANGIARDO, Respondent, v RICHARD HORSTMANN, Appellant, and NASSAU POINT PROPERTY OWNERS ASSOCIATION, INC., Respondent, et al., Defendant.

Submitted February 20, 2007; decided April 26, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Respondent, v CITY OF NEW YORK et al., Appellants.

Submitted April 23, 2007; decided April 26, 2007

Motion by the Association of Towns of the State of New York et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

ELEANOR GOLDSTEIN, Respondent, v JONATHON D. JONES et al., Appellants, and MICHELLE STUHL et al., Respondents.

Submitted February 5, 2007; decided April 26, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

J.A.O. ACQUISITION CORP. et al., Appellants, v JEFFREY D. STAVITSKY et al., Defendants, and FIRST UNION NATIONAL BANK, Formerly Known as CORESTATES BANK, N.A., Respondent. (And a Third-Party Action.)

Submitted March 26, 2007; decided April 26, 2007

Motion for reargument denied [see 8 NY3d 144].